IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES ERNEST EASTERLY | ) |
| | ) |
| v. | ) NO. 3:05-0284 |
| | ) JUDGE CAMPBELL |
| VOUGHT AIRCRAFT INDUSTRIES, | ) |
| INC., et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 3), dated August 16, 2005, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 3) is ADOPTED and APPROVED. Accordingly, this action is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE